```
                                                                    FILED
                                                            U.S. DISTRICT COURT
                                                              SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA     2007 JUN 22  AM 11: 29
SAVANNAH DIVISION

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| M.H. YACHT SALES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. CV404-219 |
| ) | |
| PALMER JOHNSON SAVANNAH, LLC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

Before the Court is the parties' "Joint Motion to Dismiss." (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), an action may be dismissed by the plaintiff "by filing a stipulation of dismissal signed by all parties who have appeared in the action." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE** and each party shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 22ND day of June, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA